UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN AROON DUNCANSON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WINE & CANVAS DEVELOPMENT, LLC, et al.<br><br>Defendants, | Case No. 6:14-CV-00704-CEH-KRS |

**UNOPPOSED MOTION FOR EXTENSION**

Defendants, by counsel, hereby belatedly move for a two-day extension of time in order to respond to Plaintiffs' Motion to Compel Discovery (ECF 95) and, in support hereof, states as follows:

1. Pursuant to the Court's Order of March 6, 2015, the deadline for filing a response to Plaintiff's Motion to Compel Discovery (ECF 95) is March 16, 2015 (the "Deadline").

2. On March 16, 2015, the undersigned encountered an emergency situation wherein one of his clients, among other threats, threatened to commit suicide. As a result of the forgoing, the undersigned immediately shut down his office out of fair for the safety of the others and himself and tended to the matter for the balance of the day. As a result of the forgoing, the undersigned was not able to complete a response to Plaintiff's Motion to Compel (ECF 95).

3. The undersigned reached out to Opposing Counsel eight (8) times in an attempt to request an extension over the course of the past few days without a response. However, opposing counsel responded a few moments ago and consents to this extension request. As the local rules specifically require that the parties confer with each other before and extension can be sought, the undersigned is now filing this extension request.

4. Local Counsel, Ms. Vilmos, has been out of the office in Utah all week.

5. The undersigned is seeking a two (2) day belated extension of time (from March 16, 2015) because the undersigned had a deposition and hearing scheduled for (March 17, 2015) and, therefore, was not in a position to complete the filing until tomorrow (March 17, 2015).

Date: March 18, 2015.                          Respectfully Submitted,

                                                        s/ P. Adam Davis
                                                        P. Adam Davis
DAVIS & SARBINOFF, LLP
9000 Keystone Crossing, Suite 660
Indianapolis, Indiana  46240
Telephone: (317)569-1296
Facsimile: (317)569-1293
E-mail: adavis@d-slaw.com

## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that a copy of the foregoing was filed electronically as of the date indicated above.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  For those parties which are not registered with the Court's electronic filing system, the undersigned hereby certifies that a copy of the foregoing has been served by depositing a copy of the same in the United States mail, first class postage prepared.

Cynthia Conlin
Cynthia Conlin, P.A.
cynthia@cynthiaconlin.com

    Date: March 18, 2015.                    Respectfully Submitted,

                                                    s/ P. Adam Davis
                                                    P. Adam Davis
                                                    DAVIS & SARBINOFF, LLP
                                                    9000 Keystone Crossing, Suite 660
                                                    Indianapolis, Indiana  46240
                                                    Telephone: (317)569-1296
                                                    Facsimile: (317)569-1293
                                                    E-mail: adavis@d-slaw.com