**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SHERI MARIE WISEMAN and<br>MEGAN AROON DUNCANSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WINE AND CANVAS IP HOLDINGS LLC;<br>TAMARA McCRACKEN a/k/a TAMRA<br>SCOTT; ANTHONY SCOTT;<br>SJ WATHEN BLOOMINGTON LLC F/K/A<br>WINE AND CANVAS BLOOMINGTON LLC;<br>WNC OF ORLANDO LLC;<br>WNC OF TAMPA LLC;<br>WNC OF FORT LAUDERDALE LLC;<br>WINE & CANVAS OF FORT MYERS LLC,<br>f/k/a YABOO LLC;<br>WNC OF FORT MYERS, LLC;<br>SARAH MARIE WATHEN and JOSHUA<br>MICHAEL WATHEN, jointly, D/B/A<br>WINE AND CANVAS; and<br>WNC OF JACKSONVILLE, LLC;<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No.:<br>)　6:14-cv-00704-PGB-KRS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF MEGAN AROON DUNCANSON'S NOTICE OF VOLUNTARY DISMISSAL**
**OF ALL CLAIMS AGAINST WINE & CANVAS IP HOLDINGS, LLC**

COMES NOW Plaintiff MEGAN AROON DUNCANSON, by and through her undersigned counsel, pursuant to Rule (a)(1)(A)(i), hereby voluntarily dismisses, without prejudice, all current pending counts in the above-captioned lawsuit against Defendant WINE AND CANVAS IP HOLDINGS LLC. This notice does not affect any claims filed by SHERI MARIE WISEMAN or claims filed against any other party and

is being filed without prejudice.

### **CERTIFICATE OF SERVICE**

I hereby certify that on **February 8, 2016,** a true and correct copy of the foregoing has been filed via CM/ECF, thereby serving all parties with access to electronic filing.

*Attorney for Plaintiffs:*

**Cynthia Conlin, P.A.**
1643 Hillcrest Street
Orlando, Florida 32803-4809
Tel. 405-965-5519/Fax 405-545-4395
www.conlinpa.com

/s/ Cynthia Conlin, Esq.
CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@cynthiaconlin.com
Jeff@cynthiaconlin.com