# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MEGAN AROON DUNCANSON and SHERI MARIE WISEMAN,**

        **Plaintiffs,**

v.                                                      Case No: 6:14-cv-704-Orl-40EJK

**SARAH MARIE WATHEN, JOSHUA MICHAEL WATHEN, SJ WATHEN BLOOMINGTON LLC, WINE AND CANVAS IP HOLDINGS LLC, TAMARA MCCRACKEN, ANTHONY SCOTT, WNC OF JACKSONVILLE, LLC, WNC OF ORLANDO, LLC, WNC OF TAMPA LLC, WINE & CANVAS OF FORT MYERS, LLC, WNC OF FORT LAUDERDALE LLC and WNC OF FORT MYERS LLC,**

        **Defendants.**
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Compel Post-Judgment Discovery (hereinafter "Motion") against Defendant SJ Wathen Bloomington LLC, filed September 10, 2019. (Doc. 374.) To date, Defendant has neither responded in opposition nor requested an extension of time to file a response.[1] Accordingly, the Court will treat Plaintiff's Motion as unopposed. *See* Doc. 52 at 6; *see also Deutsche Bank Nat'l Trust Co. v. Kessous, et al.*, No. 6:15-cv-1437-Orl-41TBS, 2016 WL 1408094, at *1 (M.D. Fla. Mar. 21, 2016) (citing cases); *Schloetzer v. Total Marketing Concepts "TMC"*, No. 6:13-cv-957-Orl-37KRS, 2014 WL 2441849, at *1 (M.D. Fla. May 30, 2014).

---

[1] The deadline for Defendant to respond was September 24, 2019.

Federal Rule of Civil Procedure 69(a)(2) provides: "In aid of the judgment or execution, the judgment creditor . . . may obtain discovery from any person . . . ." By failing to respond to the post-judgement interrogatories or requests for production, Defendant has waived any objections. *See Siddiq v. Saudi Arabian Airlines Corp.*, No. 6:11-CV-69-ORL-19GJK, 2011 WL 6936485, at *3 (M.D. Fla. Dec. 7, 2011) (citing the Handbook on Civil Discovery Practice in the United States District Court for the Middle District of Florida).

Accordingly, it is **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**:

    a. **On or before November 25, 2019**, SJ Wathen Bloomington LLC is hereby **ORDERED** to serve (a) verified answers to Plaintiff's post-judgment interrogatories 1-25 and (b) responses, including document production, to Plaintiff's post-judgment requests for production of documents 1-16.

    b. Defendant SJ Wathen Bloomington LLC is **ORDERED** to pay Plaintiff's reasonable attorney's fees for bringing the subject Motion. *See* Fed. R. Civ. P. 37(a)(5)(A). If the parties cannot agree on an attorney's fee amount, Plaintiff may bring another motion to determine the fee amount.

**DONE** and **ORDERED** in Orlando, Florida on November 4, 2019.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties